# United States District Court
## CENTRAL DISTRICT OF ILLINOIS

FILED
JUN 1 6 2025
CLERK OF COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

BRADLEY SIMMONS,

Plaintiff

vs.

~~CAHC~~ 1313 LEHMEN DR
~~THOSE~~ DAVE, TYM QUE
ALL SECOND SHIFT, POLICY
ALL MORNING STAS OF A-3

Defendant(s)

Case No. _____
(The case number will be assigned by the clerk)

(List the full name of ALL plaintiffs and defendants in the caption above. If you need more room, attach a separate caption page in the above format).

## COMPLAINT*

Indicate below the federal legal basis for your complaint, if known. This form is designed primarily for pro se prisoners challenging the constitutionality of their conditions of confinement, claims which are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "Bivens" action (against federal defendants). However, 42 U.S.C. § 1983 and "Bivens" do not cover all prisoners' claims. Many prisoners' legal claims arise from other federal laws. Your particular claim may be based on different or additional sources of federal law. You may adapt this form to your claim or draft your own complaint.

☐ 42 U.S.C. §1983 (state, county or municipal defendants)

☐ Action under *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971)(federal defendants)

☐ Other federal law: FREEDOM OF PRESS, APPEAL

☐ Unknown _____

*Please refer to the instructions when filling out this complaint. Prisoners are not required to use this form or to answer all the questions on this form in order to file a complaint. This is not the form to file a habeas corpus petition.

CMHC IS USING WATER REDUCTION AS TOOL FOR CONTROL, THEY'LL MISDIAGNOSE RELATIVE TO THE OFFENSE AFFRONTED AGAINST STAFF. PICKING AN CHOOSING WHICH INFORMATION IS RELEVANT IN HYPERH HYPER NUTREMIA. I DON'T HAVE SCHIZOPHRENIA BUT THEY TORTURE ME WITH THE MEDICATION THAT CAUSES SCHIZOPHRENIA. HELP THEY ARE WITHHOLD FROM ME THE AMOUNT OF WATER I NEED TO MAINTAIN MY BODY. THEY SAY "IF YOU ARE GOOD AND RESPECTFUL TO STAFF" YOU MIGHT GET THE 5 LITERS YOU NEED TO LIVE. RIGHT I'M AT LESS THAN 2 LITERS. UPON ENTRY I WAS A TAX PAYING ADULT BUT BEING PERFORMED ON ME WATER REDUCTION FOUR MONTHS I CAN BARELY PLEASE PUT IN FOR PRISON ANY STA WHO GAURDED WATER ANYONE WHOSE JOB AT ANY TIME WAS TO ENSURE I DIDNT GET WATER WHEN I NEEDED. TAX DOLLARS WENT TO NOT GIVING INMATES WATER WHEN THEY NEEDED IT. CHESTE IS WHERE LAZY PIECE OF SHIT PUBLIC DEFENDERS PLACE THEIR DEFENDANTS WHEN THEY LACK THE SOCIAL SKILLS TO GET THE ENTIRETY OF WHAT HAPPENED SOMETIMES NOT EVEN SHOWING DEFENDANT DISCOVERY BEFORE LOCKING THEM UP IN THE WORST SENTENCE IN ILLINOIS ONCE 98% OF SENTENCE IS COMELETED, THEN DEFENDANTS WILL 99% F TIME PLEA,

I'VE TOLD MS. KOSHER I HAVE NEURO PHYCH EXAM CONDUCTED THAT PROVES IM NOT SCHIZOPHRENIC BY ACEY WILLEY AT ~~EELDORADO CR~~ 808 ELDORADO RD, BUT THEY WERE BOUGHT OUT BY ~~LIFESTANCE HEALTH~~ LIFESTANCE HEALTH BUT STILL CONDUCT BUSINESS AND HOLD FILES FROM BEING PHYCHOLOGY SPECIALISTS.

KOSHER IS DIAGNOSING ME OFF OF "TREATMENT FOR PSYCHOGENIC POLYDIPSIA AN HYPONATREMIA. STAFF TOLD ME TO STOP DRINKING WATER STAFF REFUSED TO ALLOW ME TO GET NEAR THE WATER AND THAT I THEN I HAD THIS CONDITION. I NEED 4 LITERS OF WATER PER DAY MINUMUM, IM 6'4, WAS 250 lbs. KOSHER WAS SO LAZY THEY ONLY DID THE MATH ON THE AND FARAH FRICK MINIMUM FOR VERY SMALL FEMALE. RESTRICTING ME INSANE BRINGING AMOUNT OF 64 FL OZ PER DAY, I WAS FIT FOR TRIAL UPON MY ARRIVAL TO THIS FACILITY FOR TORTURE AND WILL BREAKIN THAT IMMEDIATELY WENT DOWN UPON ARRIVAL CHESTER MUST GET A GUILTY PLEA AT ALL COSTS. SHUT OFF MY SINK AND OVER 30 STAFF AT NIGHT ENCOURAGED ME DRINK FROM TOILET. PATTY, DYLAN, ODOYLE, JOSH STRAIGHT, ARIEL, IF YOU CONTINUE TO READ, WHICH THEY DID NOT THEY LIMITED HIM TO 3 LITERS OF WATER PER DAY THEY BEING KOSHER, TRACY, FRICK THEY UPPED HIS WATER INTAKE TO 3L NOT 2 LITERS. MY DIAGNOSIS IS I DISOBEY STAFF WHEN TOLD NOT TO DRINK WATER BUT AS PUNISHMENT FOR NOT LISTENING TO STAFF THEY REFUSE TO ALLOW ME TO HAVE THE MINIMUM AMOUNT OF WATER TO MAINTAIN MIND AND BODY. THEY WITHELD WATER FROM UNTIL IT WAS LIFE OR DEATH I GET WATER SHOWER PAST A GAURD WHO THREW HIMSELF

I REQUESTED EVIDENCE FROM KOETTER, MCLEAN 2022CF1292, OF AN INJURY REPORT, THE BOOK SPONTANEOUS HEALING TO SHOW MEDS THAT WERE POTENTIALLY DANGEROUS, (THEY KILLED HER) AND COMMUNICATION WITH BETTIE THAT SHE WAS ENDANGERING SECI, WHILE I SAT IN JAIL. THEN FOUND UNFIT WITH NO MORE EVIDENCE SHOWN TO ME. HID MY SCREEN WHILE ON JAIL MONITOR COULDN'T SEE EVIDENCE BUT TOLD WHAT WAS ONSCREEN BODY CAM. FOUND UNFIT BEFORE OFFERED TO VIEW ALL DISCOVERY. ASKED KOETTER TO SET UP ANOTHER APPOINTMENT BEFORE PRETRIAL. HE TOOK VACATION INSTEAD AND DEEMED ME UNFIT NOT MENTIONING I ASKED HIM. SETUP MY TRIAL NOT MENTIONING I HAD GIVEN HIM MY DEFENSE REQUESTED DISCOVERY, WITHHELD MEDICAL KNOWLEDGE NECESSARY FOR MY DEFENSE THAT COULD OF SAVED MY GRANDMA'S LIFE.

BRADLEY SIMMONS

By [signature]

ON FLOOR OF BLDG 3 MYLES STOPPING ME FROM DRINKING WATER FOR 20TH CONSECUTIVE DAY. JEFF HURT HIMSELF TO HURT ME. CHESTER IS ONLY ALLOWING ME 6 OZ OF WATER EVERY 2 HRS. I DONT DRINK TOILET OR SHOWER WATER. JAMES, MIKE, MIKE, JAMES, UONDRE, DOYLE, STAZ, STAZ, STAI DEE (BLACK FEMALE) IVE REQUESTED MY MEDICAL RECORDS IN WRITING 5 TIMES IN WRITING

OFFICE OF INSPECTOR GEN. IDOC CASES #6625-0341;#6625-0373;6625-0341;#6625-0370;#6625-0327;2025-08 #6625-0225;#6625-0370 CHESTER HAS SHUT OFF WATER TO MY CELL AT NIGHT AND DURING DAY ONLY GETTING BARE MINIMUM TO SURVIVE #6625-0373;#6625-0296;#6625-0296 #6625-0369
I FEAR MADNESS HAVE INFORMED OFFICE OF INSPECTOR GENERAL ONLY GIVING MY 64 FL OZ./DAY THEY'RE SAYING I'M TOO INCOMPETENT TO KNOW HOW MUCH I'M TO BE DRINKING AND DRINK "EXCESSIVELY" - I NEED A MINIMUM OF 320 FL OZ/DAY I'M 6'4" PLEASE MOVE ME TO THE PRISON I'M NOT SAFE NOONE HAS RIGHT TO DETERMINE HOW MUCH ANOTHER SHOULD DRINK PLEASE HURRY THEY ARE MURDERING ME, MAKING ME GO INSANE. MOVE ME TO MENARD PRISON. I'M NOT UNFIT FOR TRIAL. THEY USE "HOSPITAL" TO TORTURE DEFENDANTS.

31761254 50 POISON CONTROL

EMERGENCY MEDICATION THAT RANDOLPH COUNTY RULED IN MY FAVOR ALLOWING ALLOWING ME TO BE REMAIN UNDRUGGED, ENCOURAGING CMHC TO DROP THERE(THEIR) ATTEMPTS, AND WRITE UP AN ACCURATE, MORE FLATTERING FITNESS EVALUATION AND SENDING ME BACK TO COURT FOR THE PROSECUTOR TO PRESENT CHARGES. IVE REPEATEDLY

2022CF1292   MOTION TO PROCEED PRO SE
BRAD SIMMONS   MOTION TO PROCEED WITHOUT COUNSEL
   VS
ILLINOIS

I DON'T HAVE TIME TO WAIT ANOTHER MONTH. I NEED A TRIAL DATE THIS MONTH. I DON'T NEED KOETTER. DEFENSE HAS BEEN WORKING ON AND OFF ON THE CASE FOR OVER A YEAR. DEFENSE IS READY WITHOUT COUNSEL. I HAVE PREPARED OPENING, CLOSING, QUESTIONS FOR POSSIBLE WITNESSES. DEFENSE WILL NOT APPEAL ON GROUNDS OF LACK OF COUNSEL. CAN ANYONE ACT AS JUDGE THIS MONTH? ANYONE AT ALL?

FILED
McLEAN COUNTY
MAY 22 2024
CIRCUIT CLERK

WITH EAGERNESS OF A VERDICT
   SIMMONS





PEORIA DIVISION
100 NE MONROE ST.
Room 305
PEORIA IL 61602
50167 17117

BRADLEY SIMMONS
1315 LEHMAN DR.
CHESTER, IL 62233