OR ANOTHER TRANSFER

DEAR CLERK AND JUDGE PLEASE ORDER THAT I BE SENT BACK TO ANY JAIL OR PRISON IN THE UNITED STATES, OTHER THAN CHESTER MHC THEY ARE DRUGGING ME

Bradley Simmons Y52778
CHESTER
Chester Mental Health Center
1315 Lehmen Drive
Chester, IL 62233

OFFICE OIG ISN'T RESPONDING FAVORABLY, TURNING OFF OF INSPECTOR GENERAL MY WATER, CLAIMING WATER

PUTTING SEDATIVES IN MY WATER

IS POISONOUS, MALICIOUSLY MISDIAGNOSING ME, NOT ALLOWING ME OUTSIDE, NOT ALLOWING LEGAL WORK TO BE PERFORMED (ON COMPUTERS) WITHHOLDING PENS, EXPERIENCED MUCH BODILY DEGREDATION, FROM BEING WITHHELD WATER ON A REGULAR BASE, IM SCARED OF THESE DOCTOR'S MALISCOUSNESS. ID BE MUCH BETTER AT STATESVILLE PRISON, WHERE AT LEAST I COULD HAVE WATER.